NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

(Reexamination No. 90/006,676)

**IN RE NTP, INC.**

---

2010-1243

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

(Reexamination Nos. 90/006,494, 90/006,681, and 90/007,726)

**IN RE NTP, INC.**

---

2010-1254

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

(Reexamination Nos. 90/006,491, 90/006,678, 90/007,723)

**IN RE NTP, INC.**

---

2010-1263

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

(Reexamination No. 90/006,533, 90/006,675, and 90/007,731)

**IN RE NTP, INC.**

---

2010-1274

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

((Reexamination No. 90/006,677)

**IN RE NTP, INC.**

---

2010-1275

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

(Reexamination Nos. 90/006,492 and 90/006,679)

**IN RE NTP, INC.**

---

2010-1276

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

(Reexamination Nos. 90/006,495 and 95/000,020)

**IN RE NTP, INC.**

---

2010-1277

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

(Reexamination Nos. 90/006,493, 90/006,680, 90/007,735)

**IN RE NTP, INC.**

---

2010-1278

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

**ON MOTION**

---

Before NEWMAN, *Circuit Judge.*

**O R D E R**

The Director of the United States Patent and Trademark Office moves to consolidate the above appeals, to triple the word limits for the parties' consolidated briefs, and to double the time in which parties may file their

briefs. The Director also moves to stay the briefing schedule pending disposition of these motions. NTP, Inc. opposes. The Director replies. Separately, the Director moves for an extension of time, until August 23, 2010 to file his brief in 2010-1243. NTP, Inc. opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The Director's motion to consolidate, motion for extra words, and motion for extra time to file briefs are denied.

(2) The appeals will be separately briefed. When the cases are ready for assignment to a calendar, the court will further review the matter.

(3) The Director's motions to stay the briefing schedules are granted to the following extent: to the extent briefs have not been filed by NTP in any of these cases, NTP's opening brief in any of those cases is due within 30 days of the date of filing of this order. To the extent NTP has filed briefs in any of these appeals, the Director's briefs are due within 60 days of the date of filing of this order.

(4) The Director's motion for an extension of time in 2010-1243 is denied.

FOR THE COURT

**JUN 2 2 2010**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Brian M. Buroker, Esq.
    Raymond T. Chen, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 2 2 2010

JAN HORBALY
CLERK

s20